THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHARLES SWENTON, Appellant.

(Argued December 11, 1911; decided December 19, 1911.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered January 5, 1911, upon a verdict convicting defendant of the crime of murder in the first degree.

*Charles J. Campbell* and *William A. Sweetser* for appellant.

*Charles S. Whitman, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.

---

CHARLES E. BULKLEY, Respondent, v. WHITING MANUFACTURING COMPANY, Appellant.

(Submitted December 11, 1911; decided December 19, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 203 N. Y. 566.)